AB:JV

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

VICTOR PIERRE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

Case No. 19-M-839

(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

        Jason Landusky, being duly sworn, deposes and states that he is a Detective with the New York City Police Department, duly appointed according to law and acting as such.

        On or about September 1, 2019, within the Eastern District of New York, the defendant VICTOR PIERRE, knowing that he had been previously convicted in a court of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce ammunition, to wit, Federal 9 millimeter Luger caliber ammunition.

        (Title 18, United States Code, Section 922(g)(1))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

1.      I am a Detective with the New York City Police Department ("NYPD") and have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2.      On September 1, 2019, 911 emergency telephone services received a call from a Brooklyn resident stating that the caller had found bullet holes in the caller's living room window on Newkirk Avenue.

3.      Officer-1 and Officer-2[2] reported to caller's residence and found a fired round in the 911 caller's living room and spent shell casings on the sidewalk and in the street in front of the caller's residence. The spent shell casings were from Federal 9 millimeter Luger caliber ammunition.

4.      Officer-3 obtained video footage of the street and sidewalks on Newkirk Avenue in front of the caller's residence from another building on the avenue's private surveillance system. The video footage from the evening before September 1, 2019, shows an individual in a bright blue shirt firing a gun into the air multiple times. The individual in the bright blue shirt is also seen walking around on Newkirk Avenue and his

---

[2] Because multiple law enforcement personnel were involved in the incident, I refer to the officers as Officer-1, Officer-2, Officer-3 and Officer-4 for ease of reference. The identities of each of these individuals are known to the affiant, and I have interviewed Officers 1-4 and the NYPD detective involved about the events set forth herein.

2

face is visible.

5. An NYPD detective reviewing the video footage pulled a still photo of the individual in the blue shirt from the video and showed it to Officer-4, a local Field Intelligence Officer who has spoken with PIERRE and previously arrested PIERRE. Officer-4 identified the shooter as defendant VICTOR PIERRE.

6. PIERRE has been previously convicted by the Kings Country Supreme Court for: (a) Attempted Criminal Sale Controlled Substance – 5th Degree, a Class E Felony, in violation of New York Penal Law § 220.31, and sentenced to 18 months to 3 years concurrent; (b) Criminal Possession Loaded Firearm – 3rd Degree, a Class D Felony, in violation of New York Penal Law § 265.02(4), and sentenced to 9 months concurrent.

7. On September 14, 2019, NYPD officers arrested PIERRE and advised him of his Miranda rights. PIERRE voluntarily waived his Miranda rights and elected to answer questions without the presence of an attorney. During his interview by the NYPD detective, PIERRE was shown a still photo from the video surveillance of the evening before September 1, 2019, which showed the individual in the blue shirt. PIERRE admitted that he was the individual wearing the blue shirt in the photo.

8. I have conferred with a Nexus expert, a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), who has informed me, in substance and in part, that the recovered shell casings were from ammunition manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests an arrest warrant for the defendant VICTOR PIERRE so that he may be dealt with according to law.

                                                                                  Jason Landusky
                                                                                  Detective
                                                                                  New York City Police Department

Sworn to before me this
19th day of September, 2019

                     s/ Gold

THE HO?                                     .D
UNITED                                      DGE
EASTERI                                     <